# EXHIBIT 2

| US8730905B2 | OnePlus Mobile Devices Supporting IEEE 802.11ac, including, but not limited to, OnePlus 3, OnePlus 3T, OnePlus 5, OnePlus 5T, OnePlus 5T Star Wars Special Edition, OnePlus 6, OnePlus 6T, OnePlus 6T McLaren Edition, OnePlus 7 Pro, OnePlus 7T, OnePlus 7T Pro McLaren Edition, OnePlus 7T Pro, OnePlus 8T, OnePlus 8, OnePlus 8 Pro, OnePlus 9, OnePlus 9 Pro, ,OnePlus Nord N10 5G, OnePlus Nord N100, and OnePlus Nord N200 5G (collectively, "accused products") |
|---|---|
| **1pre**.    A    method, comprising:<br><br>**1a**. acquiring, in a first wireless communication apparatus,    a transmission period to transmit data on a first frequency band within a    determined transmission    time interval, wherein the transmission period is a transmission opportunity    for    a wireless    local    area network. | The accused products practice a method comprising acquiring, in a first wireless communication apparatus, a transmission period to transmit data on a first frequency band within a determined transmission time interval, wherein the transmission period is a transmission opportunity for a wireless local area network and determining to utilize a bandwidth greater than that of the first frequency band during the transmission period.<br><br>OnePlus offers wireless handsets in the US.  OnePlus provides mobile devices that implement IEEE standard 802.11ac.<br><br>OnePlus's accused products implement the IEEE 802.11ac standard for Wireless Communication (Wi-Fi). For example, OnePlus 8T implements the IEEE 802.11ac standard as shown in Fig. 1 and Fig. 2 |

| | |
|---|---|
| **1b**. determining to utilize a bandwidth greater than that of the first frequency band during the transmission period. | **Citation 1: OnePlus 8T**<br><br><br><br>Fig. 1<br><br>Source: https://www.oneplus.com/8t/specs, Pages 1-2, Last Accessed on December 16, 2021, Exhibit A |

**Citation 2: OnePlus 8T implementing IEEE 802.11ac standard**

**Connectivity**

LTE/LTE-A

4×4 MIMO, Supports up to DL Cat 18/UL Cat 18 (1.2Gbps /200Mbps), depending on carrier support

**Band**

GSM: B2, 3, 5, 8
WCDMA: B1, 2, 4, 5, 8, 9, 19
LTE-FDD: B1, 2, 3, 4, 5, 7, 8, 12, 17, 18, 19, 20, 26
LTE-TDD: B34, 38, 39, 40, 41, 46
5G NSA: N78
5G SA: N78
MIMO: LTE: B1, 3, 40, 41; NR: N78

**Wi-Fi**

2×2 MIMO, Support 2.4G/5G, Support WiFi 802.11 a/b/g/n/ac/ax

Fig. 2

Source: https://www.oneplus.com/8t/specs, Page 10, Last Accessed on December 16, 2021, Exhibit A

OnePlus's mobile devices implementing the 802.11ac standard (i.e., first wireless communication apparatus) can connect to a network device such as a router or an access point, etc., (i.e., second wireless communication apparatus). The OnePlus's mobile device and the router would communicate over the wireless communication medium according to the 802.11ac standard.

A mobile device can transmit frames when holding the transmission opportunity (TXOP). As defined in IEEE 802.11ac, the TXOP (i.e., transmission period) is an interval of time during which a particular quality-of-service (QoS) station (STA) (e.g., OnePlus mobile device) has the right to initiate frame exchange sequences (i.e., transmitting data) onto the

wireless medium. A TXOP holder is a quality-of-service (QoS) station (STA) that has either been granted a TXOP or successfully contended for a TXOP. See Fig. 3 and Fig. 4.

**Citation 3: Transmission Opportunity**

> **transmission opportunity (TXOP):** An interval of time during which a particular quality-of-service (QoS) station (STA) has the right to initiate frame exchange sequences onto the wireless medium (WM).

Fig. 3

Source: https://ieeexplore.ieee.org/document/7786995, Page 143, Last Accessed on November 11, 2021, Exhibit B

**Citation 4: Transmission Opportunity Holder**

> **transmission opportunity (TXOP) holder:** A quality-of-service (QoS) station (STA) that has either been granted a TXOP by the hybrid coordinator (HC) or successfully contended for a TXOP.

Fig. 4

Source: https://ieeexplore.ieee.org/document/7786995, Page 167, Last Accessed on November 11, 2021, Exhibit B

A mobile device holding a TXOP can determine the frequency band over which it can transmit data. See Fig. 5.

**Citation 5: Determination to utilize greater bandwidth**

> Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The initiator of a frame transmission has a frame to transmit, and would like to transmit that frame over the full 80 MHz shown in the diagram. To acquire the channel, it sends

Fig. 5

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69, Last Accessed on November 11, 2021, Exhibit C

The accused products implementing the IEEE 802.11ac standard include a feature of "Bandwidth Signaling Transmitter Address (TA)" for indicating additional bandwidth to be used in subsequent transmissions within the enhanced distributed channel access (EDCA) transmission opportunity (TXOP).   The 802.11ac devices use 'Request To Send' (RTS) and 'Clear To Send' (CTS) frames to negotiate bandwidth between the mobile device and the router. See Fig. 6 and Fig. 7.

**Citation 6: Bandwidth Signaling Transmitter Address.**

> **bandwidth signaling transmitter address (TA):** A TA that is used by a very high throughput (VHT) station (STA) to indicate the presence of additional signaling related to the bandwidth to be used in subsequent transmission in an enhanced distributed channel access (EDCA) transmission opportunity (TXOP). It is represented by the IEEE medium access control (MAC) individual address of the transmitting VHT STA but with the Individual/Group bit set to 1.

Fig. 6

Source: https://ieeexplore.ieee.org/document/7786995, Page 147, Last Accessed on November 11, 2021, Exhibit B

**Citation 7: Duplicated RTS and CTS frames used to negotiate bandwidth**

> and only occasionally transmit frames using the full 80 MHz bandwidth. For much of the time, a network will not need its full bandwidth. Therefore, 802.11ac extended the RTS and CTS to add *bandwidth signaling*. Normally, an RTS or CTS frame only works to clear the channel on which it is transmitted. When it is used in duplicate mode to clear out multiple channels simultaneously, this is indicated by setting the Individual/Group bit in the transmitter address to 1, and the address is called a *bandwidth signaling transmitter address*.
>
> Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The

Fig. 7

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69, Last Accessed on November 11, 2021, Exhibit C

The mobile device holding the TXOP can send RTS requests for bandwidth negotiations with the router.  The RTS frames include a Duration/ID field that indicates the remaining time in the TXOP if it is not a final frame.  It can be inferred that multiple frame exchanges can be transmitted in the same TXOP.  Based on information and belief, the mobile device (i.e., the first wireless communication apparatus) can determine the requirement for utilizing a greater bandwidth than that of the first frequency band during the same transmission period.  See Fig. 8 and Fig. 9.

**Citation 8: TXOP with Multiple Frame Exchanges**

**9.2.5.4 Setting for frames sent by a TXOP holder under HCCA**

Within a frame sent by a TXOP holder under hybrid coordination function (HCF) controlled channel access (HCCA), to provide NAV protection for the entire controlled access phase (CAP), the Duration/ID field is set to one of the following values:

a)  In an RTS frame

    1)  If the pending frame is the final frame, the time required to transmit the pending frame, plus one CTS frame, plus one Ack frame if required, plus three SIFSs

    2)  If the pending frame is not the final frame in the TXOP, the remaining duration of the TXOP

b)  In a CTS frame

    1)  If the pending frame is the sole frame in the TXOP, one of the following:

        i)  If there is a response frame, the time required to transmit the pending frame, plus one SIFS, plus the response frame (Ack or BlockAck), plus an additional SIFS

        ii)  If there is no response frame, the time required to transmit the pending frame, plus one SIFS

    2)  If the pending frame is not the final frame in the TXOP, the remaining duration of the TXOP

c)  Otherwise

    1)  If the frame is a nonfinal frame in a TXOP with multiple frame exchanges, the remaining duration of the TXOP

    2)  If the frame is the sole or final frame in the TXOP, the actual remaining time needed for this frame exchange sequence

Fig. 8

Source: https://ieeexplore.ieee.org/document/7786995, Page 669, Last Accessed on November 11, 2021, Exhibit B

**Citation 9: Determination to utilize greater bandwidth**

Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The initiator of a frame transmission has a frame to transmit, and would like to transmit that frame over the full 80 MHz shown in the diagram. To acquire the channel, it sends

Fig. 9

| | Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69, Last Accessed on November 11, 2021, Exhibit C |
|---|---|
| **1c.** causing transmission of a reservation request message to at least second wireless communication apparatus, wherein the reservation request message instructs the second wireless communication apparatus to reserve at least one additional frequency band for the first wireless communication apparatus during the transmission period | The accused products practice a method of causing transmission of a reservation request message to at least second wireless communication apparatus, wherein the reservation request message instructs the second wireless communication apparatus to reserve at least one additional frequency band for the first wireless communication apparatus during the transmission period.<br><br>OnePlus's mobile devices implementing the 802.11ac standard (i.e., first wireless communication apparatus) can connect to a network device such as a router or an access point, etc., (i.e., second wireless communication apparatus).<br><br>In 802.11ac, the channels are divided into primary and secondary channels. A mobile device transmitting data in a primary 20 MHz channel can request additional bandwidth to use the secondary 20 MHz channel by duplicating an RTS frame. As seen in Fig. 10, the additional frequency bands can be the secondary channels (i.e., secondary 20 MHz channel, Secondary 40 MHz Channel, and Secondary 80 MHz Channel). See Fig. 10 |

**Citation 10: Primary and Secondary Channels**

To help with dividing up airtime between channels, 802.11ac introduces the terminology of *primary* and *secondary* (or, more formally, *non-primary*) channels. The primary channel is the channel used to transmit something at its native bandwidth. Figure 3-5 is an illustration of the concept in the lowest eight available channels. For each channel bandwidth, there is one primary channel, meaning that it is the channel used to transmit frames at that channel width. This network will transmit 20 MHz frames on channel 60. To transmit a 40 MHz frame on its 40 MHz primary channel, both channels 60 and 64 must be free. To transmit an 80 MHz frame, the four channels 52 through 64 must all be free. Finally, to transmit a 160 MHz frame, all eight channels from 36 through 64 must be free. Table 3-2 shows the primary and secondary channels for each bandwidth. In practice, 802.11ac can share spectrum much more efficiently than 802.11n because detection of networks on non-primary channels is significantly better with 802.11ac hardware.



*Figure 3-5. Primary and secondary channel nomenclature*

Fig. 10

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 63, Last Accessed on November 11, 2021, Exhibit C

A frame can be transmitted only if the medium is idle. Clear Channel Assessment (CCA) check is performed to ensure if the channel is idle. When a channel is determined to be idle, a mobile device (e.g., OnePlus 8T) can transmit frames over a primary channel (e.g., 20MHz channel) (i.e., transmitting data on a first frequency band). The CCA check is performed only on the primary 20 MHz channel.  When the mobile device wishes to transmit data over a primary 40 MHz channel, the secondary 20 MHz data must also be idle and pass the CCA check. See Fig. 11.

**Citation 11: Channel Access Rules**

### Basic channel access rules

The most basic channel access rule is that a frame can be transmitted if the medium is idle. Whether the medium is idle depends on how wide a channel the transmission is using. Once the relevant channel has been determined to be idle, a VHT device may:

- Transmit a 20 MHz frame on its primary 20 MHz channel. Clear-channel assessment looks only at the primary 20 MHz channel.
- Transmit a 40 MHz frame on its primary 40 MHz channel. Naturally, this requires that the secondary 20 MHz is also idle and has passed the CCA check.
- Transmit an 80 MHz frame on its primary 80 MHz channel. As you might expect at this point, this requires that both the primary 40 MHz channel and the secondary 40 MHz channel are idle.
- Transmit a 160 MHz frame on the 160 MHz channel, but only if both the primary and secondary 80 MHz channels are idle.

Fig. 11

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 65, Last Accessed on November 11, 2021, Exhibit C

The OnePlus device implementing 802.11ac provides a feature of Bandwidth Signaling under Dynamic Bandwidth Operation. Dynamic Bandwidth Operation includes communication of Request To Send (RTS) and Clear To Send (CTS) frames to negotiate bandwidth.

A Very High Throughput Station (VHT STA) (i.e., the OnePlus mobile device) requiring additional bandwidth duplicates a Request to Send (RTS) frame (i.e., reservation request message) and sends it to a router on the channels that are to be reserved for transmission.  The RTS frame is embedded with the bandwidth signaling transmitter address field indicating the request of reservation.  The RTS frame includes the 'bandwidth signaling transmitter address' field indicating the request of reservation. The mobile device sends the duplicated RTS frame when holding the transmission opportunity (TXOP). See Fig. 12.

### Citation 12: RTS frame and its parameters

**10.3.2.6 VHT RTS procedure**

A VHT STA transmitting an RTS frame carried in non-HT or non-HT duplicate format and addressed to a VHT STA shall set the TA field to a bandwidth signaling TA and shall set the TXVECTOR parameters CH_BANDWIDTH_IN_NON_HT and CH_BANDWIDTH to the same value. If the STA sending the RTS frame is capable of dynamic bandwidth operation (see 10.3.2.7), the STA shall set the TXVECTOR parameter DYN_BANDWIDTH_IN_NON_HT to Dynamic. Otherwise, the STA shall set the TXVECTOR parameter DYN_BANDWIDTH_IN_NON_HT to Static.

A VHT STA that initiates a TXOP by transmitting an RTS frame with the TA field set to a bandwidth signaling TA shall not send an RTS frame to a non-VHT STA for the duration of the TXOP.

NOTE—A non-VHT STA considers the bandwidth signaling TA as the address of the TXOP holder. If an RTS frame is sent to a non-VHT STA during a TXOP that is initiated by an RTS frame with a bandwidth signaling TA, the non-VHT STA does not recognize the RTS sender as the TXOP holder.

Fig. 12

Source: https://ieeexplore.ieee.org/document/7786995, Page 1314, Last Accessed on November 11, 2021, Exhibit B

As an example shown in Fig. 13, a device holding the TXOP can transmit frames (i.e., transmit data) over the reserved band, suppose 20 MHz channel (i.e., first frequency band). While transmitting data on the reserved band, if the device needs to transmit the data (i.e. next frames) over the full 80 MHz band (i.e., additional frequency band), the device sends a duplicated RTS frame across all four 20 MHz channels, indicating the need of additional frequency band.

**Citation 13: Duplicated RTS frame request**

Duplicate frames are used to create dynamic bandwidth signaling in 802.11ac. Even if a network is occupying, say, 80 MHz of spectrum, it will send Beacon frames and carry out access control on its primary channel. It may interact with older 802.11a stations on its primary 20 MHz channel and 802.11n stations on its primary 40 MHz channel, and only occasionally transmit frames using the full 80 MHz bandwidth. For much of the time, a network will not need its full bandwidth. Therefore, 802.11ac extended the RTS and CTS to add *bandwidth signaling*. Normally, an RTS or CTS frame only works to clear the channel on which it is transmitted. When it is used in duplicate mode to clear out multiple channels simultaneously, this is indicated by setting the Individual/Group bit in the transmitter address to 1, and the address is called a *bandwidth signaling transmitter address*.

Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The initiator of a frame transmission has a frame to transmit, and would like to transmit that frame over the full 80 MHz shown in the diagram. To acquire the channel, it sends a duplicated RTS frame across all four 20 MHz channels, indicating that it would like to acquire the whole channel. In Figure 3-8(a), the receiver performs a clear-channel assessment, finds that the entire 80 MHz channel is free, and sends a CTS indicating so. As a result of the exchange, the NAV, shown in the bottom of the picture, is set on all four channels so that any other networks will defer transmission.



Fig. 13

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69-70, Last Accessed on November 11, 2021, Exhibit C

| | |
|---|---|
| **1d.** receiving a reservation response message from the at least second wireless communication apparatus, wherein the reservation response message indicates that said at least one additional frequency band is available for the first wireless communication apparatus to use in transmission during the transmission period | The accused products practice a method of receiving a reservation response message from the at least second wireless communication apparatus, wherein the reservation response message indicates that said at least one additional frequency band is available for the first wireless communication apparatus to use in transmission during the transmission period.<br><br>The router conducts a Clear Channel Assessment (CCA) and checks if the required channels are idle for a particular amount of time before receiving the RTS frame. Also, the Network Allocation Vector (NAV) is checked if it's idle or the channel has been already reserved. Thus, the router monitors for the availability of the additional frequency band. See Fig. 14 |

**Citation 14: CCA and NAV**

A STA that receives an RTS frame addressed to it considers the NAV in determining whether to respond with CTS, unless the NAV was set by a frame originating from the STA sending the RTS frame (see 10.22.2.2). In this subclause, "NAV indicates idle" means that the NAV count is 0 or that the NAV count is nonzero but the nonbandwidth signaling TA obtained from the TA field of the RTS frame matches the saved TXOP holder address.

A VHT STA that is addressed by an RTS frame in a non-HT or non-HT duplicate PPDU that has a bandwidth signaling TA and that has the RXVECTOR parameter DYN_BANDWIDTH_IN_NON_HT equal to Static behaves as follows:

— If the NAV indicates idle and CCA has been idle for all secondary channels (secondary 20 MHz channel, secondary 40 MHz channel, and secondary 80 MHz channel) in the channel width indicated by the RTS frame's RXVECTOR parameter CH_BANDWIDTH_IN_NON_HT for a PIFS prior to the start of the RTS frame, then the STA shall respond with a CTS frame carried in a non-HT or non-HT duplicate PPDU after a SIFS. The CTS frame's TXVECTOR parameters CH_BANDWIDTH and CH_BANDWIDTH_IN_NON_HT shall be set to the same value as the RTS frame's RXVECTOR parameter CH_BANDWIDTH_IN_NON_HT.

— Otherwise, the STA shall not respond with a CTS frame.

A VHT STA that is addressed by an RTS frame in a non-HT or non-HT duplicate PPDU that has a bandwidth signaling TA and that has the RXVECTOR parameter DYN_BANDWIDTH_IN_NON_HT equal to Dynamic behaves as follows:

— If the NAV indicates idle, then the STA shall respond with a CTS frame in a non-HT or non-HT duplicate PPDU after a SIFS. The CTS frame's TXVECTOR parameters CH_BANDWIDTH and CH_BANDWIDTH_IN_NON_HT shall be set to any channel width for which CCA on all secondary channels has been idle for a PIFS prior to the start of the RTS frame and that is less than or equal to the channel width indicated in the RTS frame's RXVECTOR parameter CH_BANDWIDTH_IN_NON_HT.

— Otherwise, the STA shall not respond with a CTS frame.

Fig. 14

Source: https://ieeexplore.ieee.org/document/7786995, Page 1314, Last Accessed on November 11, 2021, Exhibit B

Once the clear channel assessment is conducted and the router establishes that the channels requested to be free, the router sends a Clear to Send (CTS) frame to the mobile device. The CTS frame received at the mobile device (i.e., receiving a

reservation response message) indicates that the requested channels are idle (i.e., available to use in transmission). It can be seen that when more than one frequency band is needed, the duplicated RTS and CTS frames are transmitted over each frequency band separately. See Fig. 15.

**Citation 15: Determination of free channels**

Duplicate frames are used to create dynamic bandwidth signaling in 802.11ac. Even if a network is occupying, say, 80 MHz of spectrum, it will send Beacon frames and carry out access control on its primary channel. It may interact with older 802.11a stations on its primary 20 MHz channel and 802.11n stations on its primary 40 MHz channel, and only occasionally transmit frames using the full 80 MHz bandwidth. For much of the time, a network will not need its full bandwidth. Therefore, 802.11ac extended the RTS and CTS to add *bandwidth signaling*. Normally, an RTS or CTS frame only works to clear the channel on which it is transmitted. When it is used in duplicate mode to clear out multiple channels simultaneously, this is indicated by setting the Individual/ Group bit in the transmitter address to 1, and the address is called a *bandwidth signaling transmitter address*.

Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The initiator of a frame transmission has a frame to transmit, and would like to transmit that frame over the full 80 MHz shown in the diagram. To acquire the channel, it sends a duplicated RTS frame across all four 20 MHz channels, indicating that it would like to acquire the whole channel. In Figure 3-8(a), the receiver performs a clear-channel assessment, finds that the entire 80 MHz channel is free, and sends a CTS indicating so. As a result of the exchange, the NAV, shown in the bottom of the picture, is set on all four channels so that any other networks will defer transmission.



Fig. 15

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69-70, Last Accessed on November 11, 2021, Exhibit C

The time period of the availability of channels is evaluated from the RTS frame received by the router. See Fig. 16.

| | |
|---|---|
| | **Citation 16: Duration field** |
| | The RA field of the CTS frame shall be set to the nonbandwidth signaling TA obtained from the TA field of the RTS frame to which this CTS frame is a response. The Duration field in the CTS frame shall be the duration field from the received RTS frame, adjusted by subtraction of aSIFSTime and the number of microseconds required to transmit the CTS frame at a data rate determined by the rules in 10.7. |
| | After transmitting an RTS frame, the STA shall wait for a CTSTimeout interval with a value of aSIFSTime + aSlotTime + aRxPHYStartDelay. This interval begins when the MAC receives a PHY-TXEND.confirm primitive. If a PHY-RXSTART.indication primitive does not occur during the CTSTimeout interval, the STA shall conclude that the transmission of the RTS frame has failed, and this STA shall invoke its backoff procedure upon expiration of the CTSTimeout interval. If a PHY-RXSTART.indication primitive does occur during the CTSTimeout interval, the STA shall wait for the corresponding PHY-RXEND.indication primitive to determine whether the RTS frame transmission was successful. The recognition of a valid CTS frame sent by the recipient of the RTS frame, corresponding to this PHY-RXEND.indication primitive, shall be interpreted as successful response, permitting the frame exchange sequence to continue (see Annex G). The recognition of anything else, including any other valid frame, shall be interpreted as failure of the RTS frame transmission. In this instance, the STA shall invoke its backoff procedure at the PHY-RXEND.indication primitive and may process the received frame. |
| | Fig. 16 |
| | Source: https://ieeexplore.ieee.org/document/7786995, Page 1315, Last Accessed on November 11, 2021, Exhibit B |
| | As an example, a device holding the TXOP can transmit frames (i.e., transmit data) over the reserved band, for example, 20 MHz channel (i.e., first frequency band). While transmitting data on the reserved band, if the device needs to transmit the data (i.e. next frames) over the full 80 MHz band (i.e., additional frequency band), the device sends a duplicated RTS frame across all four 20 MHz channels, indicating the need of additional frequency band.  The channel is then checked to be idle by CCA and NAV checks and if the channel is available for transmission, duplicated CTS frames are transmitted to the mobile device. As a result of the bandwidth/channel negotiation, the Network Allocation Vector (NAV), a virtual carrier-sense function, is set on all the four 20 MHz channels to prevent other stations from accessing the medium. |
| **1e.** in response to the reception of the | The accused products practice a method of in response to the reception of the reservation response message, increasing a transmission band to comprise both said first frequency band and said at least one additional frequency band during |

| | |
|---|---|
| reservation response message, increasing a transmission band to comprise both said first frequency band and said at least one additional frequency band during the transmission period thereby transmitting data on the transmission band having the increased bandwidth greater than that of the first frequency band. | the transmission period thereby transmitting data on the transmission band having the increased bandwidth greater than that of the first frequency band.<br><br>The CTS frame received at the mobile device (i.e., reception of the reservation response message) indicates that the requested additional channels are idle. The mobile device can now utilize the additional frequency bands for transmission. See Fig. 15.<br><br>As an example, a device holding the TXOP can transmit frames (i.e., transmit data) over the reserved band, for example, 20 MHz channel (i.e., first frequency band). While transmitting data on the reserved band, if the device needs to transmit the data (i.e. next frames) over the full 80 MHz band (i.e., additional frequency band), the device sends a duplicated RTS frame across all four 20 MHz channels, indicating the need of additional frequency band. The channel is then checked to be idle by CCA and NAV checks and if the channel is available for transmission, duplicated CTS frames are transmitted to the mobile device. Once the corresponding duplicated CTS frames are received, the channel is determined to be free and the device can continue to send data over the full 80 MHz channel which includes the primary 20 MHz band. (i.e., the bandwidth of transmission is increased to comprise the first frequency band and the at least one additional frequency band). |

**Citation 17: Determination of free channels**

Duplicate frames are used to create dynamic bandwidth signaling in 802.11ac. Even if a network is occupying, say, 80 MHz of spectrum, it will send Beacon frames and carry out access control on its primary channel. It may interact with older 802.11a stations on its primary 20 MHz channel and 802.11n stations on its primary 40 MHz channel, and only occasionally transmit frames using the full 80 MHz bandwidth. For much of the time, a network will not need its full bandwidth. Therefore, 802.11ac extended the RTS and CTS to add *bandwidth signaling*. Normally, an RTS or CTS frame only works to clear the channel on which it is transmitted. When it is used in duplicate mode to clear out multiple channels simultaneously, this is indicated by setting the Individual/ Group bit in the transmitter address to 1, and the address is called a *bandwidth signaling transmitter address*.

Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The initiator of a frame transmission has a frame to transmit, and would like to transmit that frame over the full 80 MHz shown in the diagram. To acquire the channel, it sends a duplicated RTS frame across all four 20 MHz channels, indicating that it would like to acquire the whole channel. In Figure 3-8(a), the receiver performs a clear-channel assessment, finds that the entire 80 MHz channel is free, and sends a CTS indicating so. As a result of the exchange, the NAV, shown in the bottom of the picture, is set on all four channels so that any other networks will defer transmission.



Fig. 17

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69-70, Last Accessed on November 11, 2021, Exhibit C

**Citation 18: Determination of free channels**

Duplicate frames are used to create dynamic bandwidth signaling in 802.11ac. Even if a network is occupying, say, 80 MHz of spectrum, it will send Beacon frames and carry out access control on its primary channel. It may interact with older 802.11a stations on its primary 20 MHz channel and 802.11n stations on its primary 40 MHz channel, and only occasionally transmit frames using the full 80 MHz bandwidth. For much of the time, a network will not need its full bandwidth. Therefore, 802.11ac extended the RTS and CTS to add *bandwidth signaling*. Normally, an RTS or CTS frame only works to clear the channel on which it is transmitted. When it is used in duplicate mode to clear out multiple channels simultaneously, this is indicated by setting the Individual/ Group bit in the transmitter address to 1, and the address is called a *bandwidth signaling transmitter address.*

Figure 3-8 shows how the RTS and CTS work together to negotiate the bandwidth. The initiator of a frame transmission has a frame to transmit, and would like to transmit that frame over the full 80 MHz shown in the diagram. To acquire the channel, it sends a duplicated RTS frame across all four 20 MHz channels, indicating that it would like to acquire the whole channel. In Figure 3-8(a), the receiver performs a clear-channel assessment, finds that the entire 80 MHz channel is free, and sends a CTS indicating so. As a result of the exchange, the NAV, shown in the bottom of the picture, is set on all four channels so that any other networks will defer transmission.



Fig. 18

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69-70, Last Accessed on November 11, 2021, Exhibit C

In an exemplary scenario when the router finds the availability of only a part of the requested frequency band, CTS frames are transmitted only on the free channels to indicate their availability. The duplicated CTS frame indicates the availability of only a part of the requested frequency band, which the mobile device can use to increase the bandwidth of transmission. See Fig. 19

**Citation 19: Allocation of channels**

Figure 3-8(b) shows the dynamic bandwidth process at work. Just as in the previous scenario, the initiator begins by sending a duplicated RTS to all four 20 MHz channels in the desired 80 MHz channel. However, due to interference at the responder (say, from a colocated AP that has already taken control of two channels), it is not possible to send a CTS indicating the entire 80 MHz channel is free. Therefore, the responder sends a CTS frame on the two free channels, acquiring 40 MHz of spectrum for the transmission. With the RTS/CTS exchange complete, the initiator can send its frame using a 40 MHz transmission. Although it is a reduced channel bandwidth, the two 802.11ac devices have found and negotiated the maximum bandwidth available for transmission.



Fig. 19

24

Source: http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf, Page 69-70, Last Accessed on November 11, 2021, Exhibit C

As an example describing the overall process, consider a scenario where the OnePlus 8T mobile phone (STA 1) needs to transmit 10 data frames to a router/AP (STA 2) within the same TXOP, wherein the first 5 frames are to be transmitted on a 20 MHz band, the next 2 frames are to be transmitted on a 40 MHz band and the final 3 frames are to be transmitted on an 80 MHz band. The flow is explained below:

STA 1 holds the TXOP and needs to transmit the first 5 data frames on a 20 MHz band (i.e., first frequency band).

1. The RTS frame (reservation request message) is transmitted over the primary 20 MHz band to STA 2.
2. If the channel is determined to be idle by CCA and NAV checks, the CTS frame (reservation response message) is received by STA 1 from STA 2.
3. Once the CTS frame is received, STA 1 transmits the data frames to STA 2.

STA 1 determines to use an additional 20 MHz frequency band to transmit the next 2 data frames within the same TXOP.

1. STA 1 negotiates for an additional bandwidth of 20 MHz with STA 2 using the duplicated RTS frame.
2. If the channel is determined to be idle by CCA and NAV checks, the duplicate CTS frame is received by STA 1 from STA 2.
3. The data frames are now transmitted by STA 1 to STA 2 on a higher bandwidth of 40 MHz (20 MHz first frequency band + 20 MHz additional frequency band).

STA 1 determines to transmit the final 3 frames over an 80 MHz band.

1. STA 1 negotiates for an additional bandwidth of 40 MHz with STA 2 using the duplicated RTS frame.

| | |
|---|---|
| | 2.  If detected to be idle by CCA and NAV checks, the corresponding duplicated CTS frames are received by STA 1 from STA 2. |
| | 3.  The data frames are now transmitted by STA 1 to STA 2 on a higher bandwidth of 80 MHz (40 MHz first frequency band + 40 MHz additional frequency band). |
| | STA 1 has transmitted all 10 data frames to STA 2 over different bands (i.e., bandwidth) within the same TXOP. The NAV is set for channels after bandwidth negotiation to prevent other stations from accessing the medium. STA 1 transmits data during the TXOP over a transmission band having increased bandwidth than the first frequency band. |
| **12pre.** An apparatus comprising<br><br>**12a.** at least one processor; and | The accused products comprises at least one processor<br><br>OnePlus offers wireless handsets in the US. OnePlus provides mobile devices that implement IEEE standard 802.11ac.<br><br>OnePlus's accused products implement the IEEE 802.11ac standard for Wireless Communication (Wi-Fi). For example, OnePlus 8T implements the IEEE 802.11ac standard as shown in Fig. 1 and Fig. 2. |

**Citation 20: OnePlus 8T**



Fig. 20

Source: https://www.oneplus.com/8t/specs, Pages 1-2, Last Accessed on December 16, 2021, Exhibit A

**Citation 21: OnePlus 8T implementing IEEE 802.11ac standard**

Connectivity

**LTE/LTE-A**

4×4 MIMO, Supports up to DL Cat 18/UL Cat 18 (1.2Gbps /200Mbps), depending on carrier support

**Band**

GSM: B2, 3, 5, 8
WCDMA: B1, 2, 4, 5, 8, 9, 19
LTE-FDD: B1, 2, 3, 4, 5, 7, 8, 12, 17, 18, 19, 20, 26
LTE-TDD: B34, 38, 39, 40, 41, 46
5G NSA: N78
5G SA: N78
MIMO: LTE: B1, 3, 40, 41; NR: N78

**Wi-Fi**

2×2 MIMO, Support 2.4G/5G, Support WiFi 802.11 a/b/g/n/ac/ax

Fig. 21

Source: https://www.oneplus.com/8t/specs, Page 10, Last Accessed on December 16, 2021, Exhibit A

By way of example, OnePlus 8T runs on Qualcomm Snapdragon 865 Chipset, powered by an Octa-Core processor with an octa core CPU.

**Citation 22: OnePlus 8T processor**

# Performance

Operating System: OxygenOS based on Android™ 11
CPU: Qualcomm® Snapdragon™ 865

Fig. 22

Source: https://www.oneplus.com/8t/specs, Page 5, Last Accessed on December 16, 2021, Exhibit A

|  | **Citation 23: Qualcomm snapdragon 865 processor**<br><br><br><br>**CPU**<br>• Kryo 585, Octa-core CPU<br>• Up to 2.84 GHz<br>• 64-bit Architecture<br><br>Fig. 23<br><br>Source: https://www.qualcomm.com/system/files/document/files/prod_brief_qcom_sd865_5g.pdf, Page 2, Last Accessed on December 16, 2021, Exhibit D |
|---|---|
| **12b.** at least one memory including a computer program code, wherein the at least one memory and the computer program code are configured, | The accused products comprises at least one processor at least one memory including a computer program code, wherein the at least one memory and the computer program code are configured, with the at least one processor, to cause the apparatus to<br><br>The accused product comes with an internal storage variation of 128GB or 256GB and an LPDDR4X RAM. The accused product also runs on an Oxygen OS based on Android 11 operating system. |

| | |
|---|---|
| with the at least one processor, to cause the apparatus to | **Citation 24: Memory and OS**<br><br>Performance<br><br>Operating System: OxygenOS based on Android™ 11<br>CPU: Qualcomm® Snapdragon™ 865<br>5G Chipset: X55<br>GPU: Adreno 650<br>RAM: 8GB/12GB LPDDR4X<br>Storage: 128GB/256GB UFS 3.1 2-LANE<br>Battery: 4,500 mAh (2S1P 2,250 mAh, non-removable)<br>Warp Charge 65 (10V/6.5A)<br><br>Fig. 24<br><br>Source: https://www.oneplus.com/8t/specs, Page 5, Last Accessed on December 16, 2021, Exhibit A |
| **12c.** acquire a transmission period to transmit data on a first frequency band within a determined transmission time interval, wherein the transmission period is a transmission opportunity for a wireless local area network | *Refer to the comments provided for claim element 1a.* |

| | |
|---|---|
| **12d.** determine to utilize a bandwidth greater than that of the first frequency band during the transmission period | *Refer to the comments provided for claim element 1b.* |
| **12e.** cause transmission of a reservation request message from a first wireless communication apparatus to at least a second wireless communication apparatus, wherein the reservation request message instructs the second wireless communication apparatus to reserve at least one additional frequency band for the first wireless | *Refer to the comments provided for claim element 1c.* |

| | |
|---|---|
| communication apparatus during the transmission period | |
| **12f.** receive a reservation response message from the at least second wireless communication apparatus, wherein the reservation response message indicates that said at least one additional frequency band is available for the first wireless communication apparatus to use in transmission during the transmission period | *Refer to the comments provided for claim element 1d.* |
| **12g.** in response to the reception of the reservation response message, cause the first | *Refer to the comments provided for claim element 1e.* |

| | |
|---|---|
| wireless communication apparatus to increase a transmission band to comprise both said first frequency band and said at least one additional frequency band during the transmission period thereby transmitting data on the transmission band having the increased bandwidth greater than that of the first frequency band. | |

**References Cited**

| Exhibit (s) | Description | Link |
|---|---|---|
| Exhibit A | OnePlus 8T Specs | https://www.oneplus.com/8t/specs |
| Exhibit B | IEEE 802.11ac standard | https://ieeexplore.ieee.org/document/7786995 |
| Exhibit C | IEEE 802.11ac Survival Guide | http://euro.ecom.cmu.edu/resources/elibrary/auto/802dot11ac_A_Survival_Guide.pdf |
| Exhibit D | Qualcomm Snapdragon 865 Processor. | https://www.qualcomm.com/system/files/document/files/prod_brief_qcom_sd865_5g.pdf |